(Official Form 1) (9/97)

| FORM B1 | United States Bankruptcy Court | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>McGrath, Dennis | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>McGrath, Sharon |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names):<br>None |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>203 Cambridge Road<br>Cherry Hill, NJ 08034 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>203 Cambridge Road<br>Cherry Hill, NJ 08034 |
| County of Residence or of the Principal Place of Business:    Camden | County of Residence or of the Principal Place of Business:    Camden |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

[Filed stamp: U.S. BANKRUPTCY COURT FILED CAMDEN, NJ 04 DEC -3 PM 3:57 JAMES J. WALDRON DEPUTY CLERK]

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
[✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
[✓] Individual(s)         [ ] Railroad
[ ] Corporation           [ ] Stockbroker
[ ] Partnership           [ ] Commodity Broker
[ ] Other_____

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
[ ] Chapter 7      [ ] Chapter 11      [✓] Chapter 13
[ ] Chapter 9      [ ] Chapter 12
[ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
[✓] Consumer/Non-Business      [ ] Business

**Filing Fee** (Check one box)
[✓] Full Filing Fee attached
[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration

**Chapter 11 Small Business** (Check all boxes that apply)
[ ] Debtor is a small business as defined in 11 U.S.C. § 101.
[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates
[ ] Debtor estimates that funds will be available for
[✓] Debtor estimates that, after any exempt property be no funds available for distribution to unsecur

Estimated Number of Creditors: 1-15 [ ]   16-49 [✓]

Estimated Assets
$0 to $50,000 [✓]    $50,001 to $100,000 [ ]    $100,001 to $500,000 [ ]    $500,001 to $1 million [ ]

Estimated Debts
$0 to $50,000 [✓]    $50,001 to $100,000 [✓]    $100,001 to $500,000 [ ]    $500,001 to $1 million [ ]

---

**UNITED STATES BANKRUPTCY COURT**
District of New Jersey                                        RECEIPT

| Case # 04-48161 | Chapter 13 | # 000280778 - JL |
|---|---|---|
| Filed: 12/03/04 | Camden | 10:36 AM, December 06, 2004 |

| Code | Qty | Amount |
|---|---|---|
| NF | 1 | $39.00 |
| 13 | 1 | $155.00 |

Debtor(s):
Dennis McGrath
Sharon McGrath

**TOTAL PAID: $194.00**

From:  Jonathan Sobel, Esquire
1103 Laurel Oak Road, Suite 111
Voorhees, NJ 08043

1

(Official Form 1) (9/97)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Dennis McGrath & Sharon McGrath | FORM B1, Page 2 |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: NONE | Case Number | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of the Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Dennis M. McGrath*
Signature of Debtor

X *Sharon M McGrath*
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

11-15-04
Date

### Signature of Attorney

X *[signature]*
Signature of Attorney for Debtor(s)
Jonathan Sobel, Esq
Printed Name of Attorney for Debtor(s)
Galerman & Tabakin, LLP
Firm Name
1103 Laurel Oak Rd Suite 111
Address
Voorhees NJ 08043
856-596-7703
Telephone Number
11-15-04
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

X _____
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition prepare's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)
Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if the debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 or title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re Dennis McGrath and Sharon McGrath
No.:
Chapter 13

### DISCLOSURE OF COMPENSATION

Pursuant to 11 U.S.C. 329, Jonathan J. Sobel, Esquire, attorney for the debtor in this case, makes this his statement setting forth the compensation paid or agreed to be paid to him for services rendered or to be rendered in contemplation of and in connection with the case by him, and the source of the compensation.

1.  The debtor in this case has paid Jonathan J. Sobel, Esquire, the sum of $196.00 for the filing fee in this case. Debtors, Dennis McGrath and Sharon McGrath have agreed to compensate Jonathan J. Sobel, Esquire at his normal billing rate of $2,000.00, for time which may be applied by him to the prosecution or defense of any personal right or privilege which may not be compensated out of the estate. Debtors have paid counsel the sum of $1,000.00 to date.

2.  Jonathan J. Sobel, Esquire has not shared or agreed to share any portion of said compensation with any other person.

3.  Jonathan J. Sobel, Esquire has not received any other payment in this case, nor has he any other agreement, except as set out herein.

Dated: December 2, 2004

s\JONATHAN J. SOBEL, ESQUIRE
Attorney for Debtor
Galerman & Tabakin, LLP
1103 Laurel Oak Roadt, Suite 111
Voorhees, NJ 08043
(856) 782-0991



Exxon / Mobil
P.O. Box 4555
Crlstrm, IL  60197-4555

Target
P.O. Box 59317
Minneapolis, MN  55459-0317

Chase
P.O. Box 15583
Wilmington, DE  19886-1194

Emerald / MBNA America
P.O. Box 15137
Wilmington, DE  19886-5137

Bank One
P.O. Box 15153
Wilmington, DE  19886-5153

Decisive Business Systems
c/o Christopher Baxter, Esq.
BAXTER & KOURLESIS
129 Chester Avenue
Moorestown, NJ  08057

Total Credit Recovery USA Group, Inc
P.O. Box 2304
Buffalo, NY  14240-2304

Barbara Gruner
c/o Jordan B. Goldberg, L.L.C.
One Echelon Plaza
227 Laurel Road, Suite 102
Voorhees, NJ  08043

Mortgage Electronic Registration Systems, Inc.
c/o Leonard B. Zucker
200 Sheffield Street, Suite 301
P.O. Box 1024
Mountainside, NJ  07092-0024

Washington Mutual Home Loans
P.O. Box 660139
Dallas, TX  75266-0139

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re Dennis McGrath and Sharon McGrath
No.:
Chapter 13

# **CREDITOR MATRIX**

Orchard Bank
P.O. Box 88000
Baltimore, MD  21288-0001

Kohl's
P.O. Box 2983
Milwaukee, WI  63201-2983

Sears
P.O. Box 6922
The Lakes, NY  88901-6922

Capital One
P.O. Box 85147
Richmond, VA  23276

AT&T Universal
P.O. Box 8101
S. Hackensack, NJ  07606-8101

American Express
P.O. Box 3600002
Ft. Lauderdale, FL  33336-0002